# EXHIBIT A



**CT Corporation**
Service of Process Notification
07/14/2022
CT Log Number 541922563

## Service of Process Transmittal Summary

| | |
|---|---|
| **TO:** | KIM LUNDY- EMAIL<br>Walmart Inc.<br>GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200<br>BENTONVILLE, AR 72712-3148 |
| **RE:** | **Process Served in Michigan** |
| **FOR:** | WALMART INC.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: MARTIN ANN // To: WALMART INC. |
| **DOCUMENT(S) SERVED:** | Summons, Proof, Complaint |
| **COURT/AGENCY:** | Macomb County Circuit Court, MI<br>Case # 22002534NO |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 07/11/2019, in the City of Roseville, County of Macomb, State of Michigan |
| **PROCESS SERVED ON:** | The Corporation Company, Plymouth, MI |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 07/14/2022 postmarked on 07/12/2022 |
| **JURISDICTION SERVED:** | Michigan |
| **APPEARANCE OR ANSWER DUE:** | Within 28 days |
| **ATTORNEY(S)/SENDER(S):** | Beth A. Wilcoxon<br>Ross Law<br>29200 Northwestern Hwy., Ste. 260<br>Southfield, MI 48034<br>248-352-1200 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/15/2022, Expected Purge Date: 07/25/2022<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | The Corporation Company<br>40600 Ann Arbor Road E<br>Suite 201<br>Plymouth, MI 48170<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT



**CT Corporation**
**Service of Process Notification**
07/14/2022
CT Log Number 541922563

disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Ross Law
29200 Northwestern Hwy., Ste. 260
Southfield, MI 48034

METROPLEX MI 480
12 JUL 2022 PM 3

7019 2280 0001 3745 7116

quadient
FIRST-CLASS MAIL
IMI
$008.06
07/12/2022 ZIP 48034
043M31235161

US POSTAGE

Walmart, Inc
40600 Ann Arbor Rd # 201
Plymouth  MI 48170

48170-467551

| Approved, SCAO | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|
| **STATE OF MICHIGAN**<br>16th  JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY PROBATE | **SUMMONS** | **CASE NO.**<br>22- 002534 -NO |

Court address: 40 N. Main St, Mt Clemens, MI 48043                             Court telephone no.

| Plaintiff's name(s), address(es), and telephone no(s). | | Defendant's name(s), address(es), and telephone no(s). |
|---|---|---|
| ANN MARTIN | v | WALMART, INC, d/b/a WALMART STORES, INC |

Plaintiff's attorney, bar no., address, and telephone no.
BETH A WILCOXON (39906)
ROSS LAW
29200 Northwestern Hwy, Ste 260
Southfield, MI 48034
248-352-1200

Instructions: Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**
☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.
☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (form MC 21) listing those cases.
☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**
☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).
☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ _____ Court, where it was given case number _____ and assigned to Judge _____.

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.   **SUMMONS**

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| 07/07/2022 | 10/06/2022 | |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01   (9/19)   **SUMMONS**                                    MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

| PROOF OF SERVICE | SUMMONS Case No. 22-    -NO |

TO PROCESS SERVER: You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

**CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE**

| ☐ OFFICER CERTIFICATE | OR | ☐ AFFIDAVIT OF PROCESS SERVER |
|---|---|---|
| I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that: (notarization not required) | | Being first duly sworn, I state that I am a legally competent adult, and I am not a party or an officer of a corporate party (MCR 2.103[A]), and that: (notarization required) |

☐ I served personally a copy of the summons and complaint,
☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint,

together with _____
List all documents served with the summons and complaint

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |
| | | |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |
| | | |

I declare under the penalties of perjury that this proof of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled  Fee $ | | Signature |
|---|---|---|---|
| Incorrect address fee $ | Miles traveled  Fee $ | TOTAL FEE $ | Name (type or print) |
| | | | Title |

Subscribed and sworn to before me on _____, _____ County, Michigan.
                                          Date

My commission expires: _____  Signature: _____
                          Date                              Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

**ACKNOWLEDGMENT OF SERVICE**

I acknowledge that I have received service of the summons and complaint, together with _____
                                                                                              Attachments

_____ on _____
                              Day, date, time

_____ on behalf of _____
Signature

| Approved, SCAO | Original - Court<br>1st copy - Defendant | | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|---|
| **STATE OF MICHIGAN**<br>16th JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY PROBATE | **SUMMONS** | | **CASE NO.**<br>22- 002534-NO |

Court address: 40 N. Main St, Mt Clemens, MI 48043

Court telephone no.

**Plaintiff's name(s), address(es), and telephone no(s).**
ANN MARTIN

v

**Defendant's name(s), address(es), and telephone no(s).**
SAM'S EAST, INC, d/b/a SAM'S CLUB

**Plaintiff's attorney, bar no., address, and telephone no.**
BETH A WILCOXON (39906)
ROSS LAW
29200 Northwestern Hwy, Ste 260
Southfield, MI 48034
248-352-1200

Instructions: Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**
☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.
☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (form MC 21) listing those cases.
☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**
☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).
☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ _____ Court, where it was given case number _____ and assigned to Judge _____.

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.   **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| 07/07/2022 | 10/06/2022 | |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01  (9/19)  **SUMMONS**     MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

| PROOF OF SERVICE | SUMMONS<br>Case No. 22-    -NO |
|---|---|

TO PROCESS SERVER: You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

### CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

| ☐ OFFICER CERTIFICATE | OR | ☐ AFFIDAVIT OF PROCESS SERVER |
|---|---|---|
| I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that: (notarization not required) | | Being first duly sworn, I state that I am a legally competent adult, and I am not a party or an officer of a corporate party (MCR 2.103[A]), and that: (notarization required) |

☐ I served personally a copy of the summons and complaint,
☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint,

together with _____
List all documents served with the summons and complaint

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

I declare under the penalties of perjury that this proof of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee<br>$ | Miles traveled  Fee<br>$ | | TOTAL FEE<br>$ |
|---|---|---|---|
| Incorrect address fee<br>$ | Miles traveled  Fee<br>$ | | |

Signature _____

Name (type or print) _____

Title _____

Subscribed and sworn to before me on _____, _____ County, Michigan.
                                       Date

My commission expires: _____  Signature: _____
                        Date                          Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with _____
                                                                                         Attachments

_____ on _____
                                                Day, date, time

_____ on behalf of _____.
Signature

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF MACOMB

ANN MARTIN,

    Plaintiff,

vs.

Case No. 22- 002534 -NO
Hon. MATTHEW P. SABAUGH

WALMART, INC, a foreign corporation, d/b/a
WALMART STORES, INC., and SAM'S EAST,
INC., a foreign corporation, d/b/a SAM'S CLUB,

    Defendants.

| | |
|---|---|
| ROSS LAW<br>DENNIS A. ROSS (P19669)<br>BETH A. WILCOXON (P39906)<br>Attorneys for Plaintiff<br>29200 Northwestern Hwy. Ste. 260<br>Southfield, MI 48034<br>P: (248) 352-1200; F: (248) 352-5607<br>beth@therosslaw.com<br>cheryl@therosslaw.com | |

*There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint, nor has any such action been previously filed and dismissed or transferred after having been assigned to a Judge.*

/s/ Beth A Wilcoxon
Beth A. Wilcoxon

## COMPLAINT

NOW COMES Plaintiff, ANN MARTIN, by and through her attorneys, ROSS LAW, and for her Complaint hereby states as follows:

1. Plaintiff, ANN MARTIN, is a resident of the City of Detroit, County of Wayne, State of Michigan.

2. Defendant, WALMART, INC. d/b/a WALMART STORES, INC., is a foreign corporation doing business in the City of Roseville, County of Macomb, State of Michigan.

3. Defendant, SAM'S EAST, INC., d/b/a SAM'S CLUB, is a foreign corporation doing business in the City of Roseville, County of Macomb, State of Michigan.

4. The amount in controversy herein is in excess of Twenty-Five Thousand ($25,000.00) Dollars, exclusive of interest and cost, and is otherwise within the jurisdiction of this honorable court.

5. On or about July 11, 2019, Plaintiff was lawfully on Defendant's premises, which was owned, operated, and under the control of Defendant, as a business invitee, when she was seriously injured because of the negligence of Defendant, through its agents, servants, representatives, and employees.

6. On the above referenced date, Plaintiff was at Defendant's premises for the purpose of shopping and was waiting to take delivery of a sofa she had purchased when she was struck on the head and upper back by falling merchandise boxes, causing her to sustain serious injuries.

7. Defendant was aware and/or should have been aware of the hazardous condition of the merchandise boxes prior to the incident which caused Plaintiff serious injuries, yet Defendant did nothing to alleviate the hazardous condition.

8. Defendant, at all times pertinent hereto owed Plaintiff a duty to maintain its premises in a reasonably safe manner, avoid exposing Plaintiff to unreasonable risks of harm, and warn Plaintiff of dangerous and hazardous conditions which are known and/or should have been known to Defendant, its employees, managers and/or agents.

9. Notwithstanding the above-mentioned duties and obligations, Defendant breached these duties owed to Plaintiff and was negligent in the following ways, including but not limited to:

   a. Allowing a dangerous condition to exist on the premises which was not fit for the use intended by the parties;

   b. Failing to warn Plaintiff of a hazardous condition that existed which was known, or in the exercise of reasonable care, should have been known by the defendant;

   c. Failing to keep the premises in reasonable repair and to comply with health and safety laws of the State of Michigan and County of Genesee;

   d. Failing to take action to repair and/or remedy the dangerous condition which caused injury to Plaintiff;

   e. Creating an unsafe and hazardous condition which caused serious injury to Plaintiff;

   f. Failing to act with due diligence to maintain the premises in a reasonably safe condition;

   g. Violating other duties not heretofore mentioned.

10. As a direct and proximate cause of Defendant's negligence, Plaintiff sustained serious bodily injuries which were and are painful and disabling, and necessitated extensive medical care. In addition, Plaintiff suffered injuries which caused possible aggravation of pre-existing conditions or reactivation of dormant conditions.

11. Plaintiff was unable to attend to her usual affairs or render services as before, and was hampered in the enjoyment of her normal pursuits of life as before.

12. Plaintiff was required to expend or become liable for various sums of money in or about securing medical care and treatment and will be liable for such medical care in the future. Further, said injuries, pain, suffering, and residuals thereof are permanent and the result of the negligence of Defendant as herein before alleged.

3

WHEREFORE Plaintiff, AMM MARTIN, demands judgment against Defendants to compensate for her injuries and damages in an amount in excess of $25,000.00 (twenty-five thousand dollars) as she is found to be entitled as determined by the trier of fact, along with costs, interest, and attorney fees so wrongfully sustained.

                                        Respectfully submitted,

                                        ROSS LAW

                                        /s/ Beth A Wilcoxon
                                        DENNIS A. ROSS (P19669)
                                        BETH A. WILCOXON (P39906)
                                        Attorneys for Plaintiff
                                        29200 Northwestern Hwy. Ste. 260
                                        Southfield, MI 48034
                                        P: (248) 352-1200; F: (248) 352-5607

Dated: July 1, 2022